ent Edward Gribbon & Sons, Limited, a creditor of said bankrupt and not a party to the action, obtained from the Special Term in Kings county an *ex parte* order in said action, restraining and staying all proceedings in the action "directed toward obtaining a personal judgment against Abraham Epstein." The plaintiff moved at Special Term for an order vacating and setting aside such *ex parte* order, which motion was made on notice to the creditor, Edward Gribbon & Sons, Limited, and after a hearing the motion was denied. As no grounds are disclosed in the papers on appeal for the granting of the *ex parte* order or for the refusal to vacate it, and as the sole respondent, the creditor at whose instance the stay was granted, has not appeared on the hearing of the appeal or presented a brief, it would seem proper that the order be reversed, with ten dollars costs and disbursements, and the motion to vacate the *ex parte* order granting the stay be granted, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion to vacate the *ex parte* order granted, with costs.

---

WILLIAM H. COONAN, Respondent, *v.* HAMBURG-AMERICAN PACKET COMPANY, Appellant. (Appeal No. 1.)

Appeal by the defendant from two orders of the Special Term, entered in the office of the clerk of the county of Kings on the 17th day of October and the 14th day of November, 1911, respectively.

PER CURIAM: While the position of the defendant may be technically correct, in view of the fact that the amended complaint has been served, has been demurred to, and that an appeal from the decision upon that demurrer is now pending before this court, the questions involved on this appeal are academic. Substantial justice may be accomplished by affirming the orders reviewed by this appeal, without costs. If defendant shall within five days procure a retaxation of costs, as directed by Mr. Justice Garretson, and if within five days thereafter the amount of such costs is not paid by plaintiff to defendant, application may be made by defendant to the Special Term to stay all proceedings in this action, or to dismiss the complaint, as it may be advised. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred. Orders affirmed, without costs, in accordance with the provisions of opinion.

---

Lena Berman, an Infant, by Abraham Berman, Her Guardian ad Litem, Respondent, v. Automatic Vending Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joseph Bloch, Appellant, v. James Macbeth and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.

Hyman Cohen, Appellant, v. Louis Loketz and Joseph B. Finkel, Respondents, Impleaded with David Zubuloff and Mina Basin, Defendants.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Alfred P. Delcambre, Sr., Appellant, v. Marie H. Delcambre and Others, Defendants, Impleaded with the City of Mount Vernon, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Grand Lodge, Knights of Pythias, Eastern and Western Hemispheres of the State of New York, Incorporated, Respondent, v. John E. Myers, Incorrectly Described as "James E. Myers," Chancellor Commander of Excelsior Lodge No. 6 of the Knights of Pythias, Consisting of More than Seven Members, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Frank W. Hebbard, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Anthony Huber, Appellant, v. Joseph Marinaccio and Others, Respondents.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Selma M. Laarson, as Administratrix, etc., of Alexander Laarson, Deceased, Respondent, v. Julia E. Cameron, Doing Business under the Trade Name of "A. S. Cameron Steam Pump Works," Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., dissented upon the ground (1) that a finding that other and different appliances than those furnished by defendant for shifting belts were in common and general use in connection with such machinery as was here employed, is against the weight of the evidence, and (2) upon the further ground that plaintiff's intestate assumed the risk of the employment.

The People of the State of New York ex rel. Frederick Massolles and Katherina Massolles, Appellants, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Kapper at Special Term. (Reported in 74 Misc. Rep. 166.) Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Hyman Quartin, Appellant, v. Samuel Goldstein and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Frank L. Wing, Respondent, v. Samuel F. Edmead, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Thomas Beirne, Respondent, v. Joseph Ravitch and Others, Appellants. — Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.